| | |
|---|---|
| CITY OF AUGUSTA, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>   v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>                        Defendants. | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| THE NEWSTEAD FIRE CO., INC., individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>   v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>                        Defendants. | Case No. 1:25-cv-01693-BBC<br><br>Hon. Byron B. Conway |
| CITY OF PHILADELPHIA, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>   v.<br><br>OSHKOSH CORPORATION, et al.<br><br>                        Defendants. | Case No. 1:25-cv-01801-BBC<br><br>Hon. Byron B. Conway |

**ORDER ON CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD
CLASS COUNSEL AND INTERIM LIAISON CLASS COUNSEL**

WHEREAS, pursuant to Fed. R. Civ. P. 42(a), Plaintiffs City of Augusta,[1] The Newstead Fire Co.,[2] and City of Philadelphia,[3] filed a Motion to Consolidate these related, putative Direct Purchaser Antitrust Class Action lawsuits (collectively, "Direct Purchaser Antitrust Actions");

WHEREAS, Plaintiffs' requested interim leadership for the putative Direct Purchaser Antitrust Class Action satisfies the standards for the appointment to the respective positions pursuant to Fed. R. Civ. P. 23(g); and

WHEREAS, consolidation of the Direct Purchaser Antitrust Actions and the appointment of interim leadership will best serve the interests of all Direct Purchaser Plaintiffs and the proposed putative class and will enable the orderly and efficient progress of the litigation.

**It is hereby ORDERED:**

1. The Direct Purchaser Antitrust Actions are consolidated at docket number 1:25-cv-01543, the lowest number docket associated with the Direct Purchaser Antitrust Actions. Moving forward, these cases will be titled, "*In re: Direct Purchaser Fire Apparatus Antitrust Litigation*." Any later filed actions related to the Direct Purchaser Antitrust Actions will be subject to consolidation with the Direct Purchaser Antitrust Actions. The Court asks Interim Class Counsel to bring any such related matters to the Court's attention.

2. Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Interim Class Counsel to act on behalf of the putative direct purchaser class before determining whether to certify the action as a class action. The following appointments in the *In re: Direct Purchaser Fire Apparatus Antitrust Litigation* (the "Action"):

---

[1] *City of Augusta v. Oshkosh Corporation, et al.,* Case No. 1:25-cv-01543

[2] *The Newstead Fire Co., Inc. v. Oshkosh Corporation, et al.,* Case No. 1:25-cv-01693

[3] *City of Philadelphia v. Oshkosh Corporation, et al.,* Case No. 1:25-cv-01801

Interim Co-Lead Class Counsel:

- Barrack, Rodos & Bacine
- Cuneo, Gilbert & LaDuca, LLP
- Preti Flaherty Beliveau & Pachios LLP

Interim Liaison Class Counsel:

- von Briesen & Roper, s.c.

These appointments apply to the firms. The Court may add or replace the appointed firms upon request of Interim Co-Lead Class Counsel or on the Court's own motion where circumstances warrant.

3. Interim Co-Class Counsel shall be responsible, in their discretion, for coordinating pre-trial activities on behalf of all Direct Purchaser Plaintiffs and the proposed putative class in the Action, and shall:

- Determine and present to the Court and Defendants, Direct Purchaser Plaintiffs' position on all matters during pretrial proceedings (whether by brief, oral argument, or other manner, personally or by a designee);
- Coordinate and conduct discovery on behalf of Direct Purchaser Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26, including propounding and responding to written discovery and noticing, taking and defending depositions;
- Coordinate, direct, and monitor the work of all Direct Purchaser Plaintiffs' counsel to ensure the efficient, orderly, non-duplicative, and cost-effective prosecution of Direct Purchaser Plaintiffs' claims;

- Conduct and coordinate settlement negotiations, and enter into any settlement agreements on behalf of Direct Purchaser Plaintiffs and the proposed class;

- Enter into stipulations with opposing counsel and any non-party counsel for the conduct of the litigation;

- Prepare and distribute periodic status reports to the parties as needed;

- Maintain adequate time and disbursement records covering services for Direct Purchaser Plaintiffs' counsel;

- Appoint any committees to handle specific tasks or areas of responsibility as appropriate;

- Allocate among Direct Purchaser Plaintiffs' counsel any award of attorney's fees and expenses; and

- Perform such other duties on behalf of Direct Purchaser Plaintiffs and the proposed class as necessary or incidental to the proper coordination and execution of pretrial activities or as authorized by Court order.

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 25th day of November, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
